■ EDWARD BROOM et al., Appellants, v WILEY MARTIN et al., Defendants, and PARKCHESTER GENERAL HOSPITAL, Respondent.—Order, Supreme Court, New York County, entered on October 10, 1978, unanimously affirmed, without costs and without disbursements. Appeal from order of said court entered on July 17, 1978 dismissed as academic, without costs and without disbursements. No opinion. Concur—Birns, J. P., Fein, Sandler, Bloom and Lane, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR YOUNGBLOOD, Appellant.—Judgment, Supreme Court, Bronx County, rendered on November 10, 1976, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Birns, J. P., Fein, Sandler, Bloom and Lane, JJ.

■ In the Matter of BENJAMIN SHORR, Also Known as BEN SHORR, for Reinstatement as a Member of the Bar of the State of New York.—Motion granted and upon reargument the orders of this court entered on September 19, 1978, September 28, 1978 and February 22, 1979 are vacated and petitioner will be reinstated as an attorney and counselor at law in the State of New York upon taking the appropriate oath. Concur—Murphy, P. J., Fein, Sandler, Sullivan and Lupiano, JJ.

■ MORRIS GORDON v BRENTANOS, INC., et al.—Motion for an enlargement of time denied and the appeal dismissed, *sua sponte,* because of the delay of over one year in perfecting the appeal. (See 22 NYCRR 600.11 [a] [3]). Concur—Birns, J. P., Sandler, Lupiano, Silverman and Bloom, JJ.